# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>    Plaintiff,<br><br>    v.<br><br>KYLE WILKINS dba POKI BOWL EXPRESS; ISLAND CATTLE COMPANY, LLC,<br><br>    Defendants. | Case No. 1:17-cv-01666<br><br>**ORDER RE STIPULATION TO CONTINUE DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>(Doc. 7) |

On January 26, 2018, the parties filed a Stipulation to Continue Deadline for Defendant Island Cattle Company, LLC to File Responsive Pleading (the "Stipulation"). (Doc. 7.) The Stipulation indicates that the parties "are exploring a full and complete settlement of this matter, and are cautiously optimistic that such a settlement can be reached without the need for responsive pleadings to be filed." (*Id*.) Good cause appearing, **IT IS ORDERED that the deadline for Defendant Island Cattle Company, LLC to respond to the complaint is hereby extended to March 5, 2018.**

The Scheduling Conference in this matter is currently set for March 13, 2018. **The parties shall file their Joint Scheduling Report by no later than March 7, 2018.**

IT IS SO ORDERED.

Dated:   **January 26, 2018**       /s/ *Sheila K. Oberto*

2098420v1

ORDER RE STIPULATION TO CONTINUE DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING

UNITED STATES MAGISTRATE JUDGE