Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff,
Jose Acosta

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA, | No. 1:17-cv-01666-DAD-SKO |
| Plaintiff, | **STIPULATION TO SET ASIDE DEFAULT; ORDER** |
| vs. | |
| KYLE WILKINS dba POKI BOWL EXPRESS, et al., | (Doc. 15) |
| Defendants. | |

It is hereby stipulated by and between Plaintiff, Jose Acosta ("Plaintiff"), and Defendant, Kyle Wilkins dba Poki Bowl Express ("Defendant," and together with Plaintiff, "the Parties"), by and through their attorneys, that the Clerk's Default against Defendants (Dkt. 10) be and is hereby set aside so that the matter may proceed on its merits, and that an answer on behalf of Defendant shall be filed within ten (10) days of the entry of the order setting aside the default.

Good cause exists because the Parties desire for the case to be heard on its merits.

**IT IS SO STIPULATED.**

Dated: March 20, 2018	MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorney for Plaintiff,
Jose Acosta

Dated: March 20, 2018	LAW OFFICE OF LANCE E. ARMO

*/s/ Lance E. Armo*
Lance E. Armo
Attorney for Defendant,
Kyle Wilkins dba Poki Bowl Express

**ORDER**

Pursuant to the parties' above-stipulation to set aside the default entered by the Clerk of the Court on February 27, 2018, against Defendant Kyle Wilkins dba Poki Bowl Express, et al. ("Defendant") (Doc. 10), the Court hereby ORDERS that the Clerk's entry of default be set aside.

The Court FURTHER ORDERS, based on the parties' stipulation, that Defendant shall file a response to the complaint within 10 days of the date of this Order.

**The Scheduling Conference remains set for May 10, 2018, at 10:15 a.m. in Courtroom 7, before the undersigned. The parties shall file a Joint Scheduling Report by no later than May 3, 2018.**

IT IS SO ORDERED.

Dated: **March 22, 2018**         /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE