# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JOSE ACOSTA,

           Plaintiff,

    vs.

KYLE WILKINS dba Poki Bowl Express, et al.,

           Defendants.

No. 1:17-cv-01666-DAD-SKO

**ORDER DIRECTING CLERK OF COURT TO CLOSE CASE**

**(Doc. 32)**

On January 11, 2019, the parties' filed a joint stipulation dismissing the action with prejudice. (Doc. 32.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 14, 2019**          /s/ *Sheila K. Oberto*

                                    UNITED STATES MAGISTRATE JUDGE